UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kenneth L. Boyer, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>Nancy A. Berryhill, *Deputy Commissioner of* )<br>*Operations, Social Security Administration* )<br>)<br>Defendant. )<br>) | Case No. 4:18-cv-939 UNA |

## ORDER

The above styled and numbered case was filed on June 13, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Noelle C. Collins, United States Magistrate Judge, under cause number 1:18-cv-00143.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-939 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: June 13, 2018         By: /s/ Michele Crayton
                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18-cv-00143 NCC.**